IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MARVELLA MACON                                    CHAPTER 7
                                                          CASE NO: 04-04134

### RULE 3011 LIST OF UNCLAIMED FUNDS
### CLAIMANT AND AMOUNT

COMES NOW, Tylvester O. Goss, Trustee, pursuant to Rule 3010(a) and 3011, FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to wit:

| CLAIMANT'S NAME | CLAIMANT'S ADDRESS | AMOUNT |
|---|---|---|
| MARVELLA MACON | 5600 Keele Street, APT 2802<br>Jackson, MS 39206 | $1,503.61 |

A true and correct copy of the check register reflecting that check number 104 was issued to the above named debtorcompany is attached hereto and incorporated herein as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Tylvester O. Goss, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

RESPECTFULLY SUBMITTED,

TYLVESTER O. GOSS, TRUSTEE

Tylvester O. Goss
Chapter 7 Trustee
1441 Lakeover Road
Jackson, MS 39213
(601) 981-2800
MS. BAR NO. 4920

## CERTIFICATE OF SERVICE

I, TYLVESTER O. GOSS, do hereby certify that I have this date served, via United State Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following:

> United States Trustee
> 100 W. Capitol Street
> Suite 706
> Jackson, MS 39269
>
> Robert Rex McRaney
> P.O. Drawer 1397
> Clinton, MS 39060
>
> Marvella Macon
> 5600 Keele St, APT. 2802
> Jackson, MS 39206

This the 12th day of February, 2007.

_____
TYLVESTER O. GOSS

