

SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: January 8, 2021

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARVELLA MACON                     CASE NO. 04-04134-NPO

DEBTOR(S).                                CHAPTER 7

## ORDER GRANTING APPLICATION
## FOR PAYMENT OF UNCLAIMED FUNDS

On January 4, 2021, an Application for Payment of Unclaimed Funds (the "Application") (Dkt. #29) was filed for the Claimant(s), Marvella Macon, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The Application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1,503.61 held in unclaimed funds be made payable to Marvella Macon and be disbursed to the payee at the following address: 308 Bonnie Dr., Unit A, Harker Heights TX 76548 The Clerk will disburse the funds not earlier than 14 days after entry of this order.

## END OF ORDER##

Submitted by:
Marvella Macon (308 Bonnie Dr., Unit A, Harker Heights TX 76548

(Form Date: 12/1/2019)                                    Page 1 of 1